# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE SMITH, | NO. CV 08-7103 RGK (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| BY A PERSON IN STATE CUSTODY, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 5th day of November, 2008.

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE